## CF Concern Lloyd Newton

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Wed 11/30/2022 12:51 PM

To: BLE Information   Information@ble.te as.gov

Good afternoon,

Please see attached a letter addressing my concern for an applicant to the Texas State Bar.

Best,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To whom this may concern,

My name is ▮▮▮▮▮▮▮ and I am ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am reaching out concerning one of your applicants to the Texas State Bar, Lloyd Newton. I have some concerns about his licensure as an attorney and want to make you are aware of his background in your consideration.

I met Lloyd Newton when he was a Philosophy professor at Benedictine College. I attended Benedictine College from 2010-2014 and was a Philosophy, Political Science and Economics major. I was part of a leadership organization on campus, The Gregorian Fellows, where I served as a mentor. In 2013 this organization traveled to Notre Dame for the Culture and Ethics Conference; Lloyd Newton joined as a member of Philosophy department. It was during this trip that I first noticed his inappropriate behavior.

There were many group dinners in this conference, and he would wink at me from across the table and during the day he would make efforts to try to get me alone. He was unable to respect my personal space and would come much closer to me than was warranted or desired. I found his advances to be inappropriate and frankly creepy but as they did not rise to anything physical, my 20-year-old self did not report this to anyone. After returning to campus, I attended evening mass on campus and unknown to me he also attended this mass. He stared at me through out the mass and then approached me after to apologize for his inappropriate behavior. While he recognized his inappropriate behavior, his recognition did not erase his actions nor the impact they had on me. At this point, I was determined to put it behind me and just avoid him in the future.

However, my perspective changed when I learned from my freshman suitemate that he was at parties providing alcohol to freshman girls and talking to them one on one in his office about their personal lives. I could certainly avoid him on campus, but it appeared that he was preying on freshman women who were having difficulty adjusting to college life.  After learning this, I went to a trusted member of Benedictine staff, Dean Wurtz, to tell him what had occurred at Notre Dame and the information I learned. He immediately got me an appointment with the Dean of the College, Dean Shankman and I shared with her the same information. I was told this wasn't the first complaint against Llyod Newton but that the other women were not interested in pursuing anything further than "having it noted in his file". I soon learned that there was another student who was actually tutoring his daughter and that he had crossed boundaries with her.

It was after speaking with Dean Shankman that things got worse. After an investigation, he was removed from campus. They located a loaded firearm in his office when clearing it out. I remember where I was on campus when I received a call from Dean Shankman about the firearm and that Lloyd Newton was very upset with myself and the other woman. At this point I lived just off-campus and she informed me that she would have security do extra patrols by my house for my safety. While they were able to remove him from campus, Atchison is a very small town and he lived right down the street from campus.

This tense situation stretched on for quite a while. I got a part time job at a local coffee shop, Snowballs, in the heart of Atchison. Lloyd Newton started coming in quite frequently when I was working and would sit at the table across from the counter and just stare at me for hours. Sometimes he would just stare and other times he would verbally harass me, certainly an intimidation technique. He would walk in and immediately the hairs on the back of my neck would stand up. I would ask my coworkers to cover

the front so I could hide next to the ice cream freezer in the back, so I didn't have a panic attack. I asked Dean Shankman if there was anything the college could do, and she assured me that she would speak to his lawyer. Looking back, I should have gotten a restraining order; however, I was told that wasn't necessary and at 21 years old I believed it.

I was called to testify in his administrative hearing at the college. I was terrified to confront him but again, it was important that he be held responsible for his inappropriate actions with women on campus. He and his attorney sat down with me and the President of Benedictine, Stephen Minnis. Within minutes it was clear he just wanted me to disparage the other woman who came forward. Once they determined that I was not going to speak badly about her, I was excused and did not have to testify in front of a panel of teachers

Even though he was ultimately terminated from Benedictine, he lived in town and continued to come to the coffee shop and in fact he started staying later, including past closing hours. I learned that after he was terminated from Benedictine, his personal life dissolved as well. I was so concerned for my safety that I would arrange for friends to come sit with me in the store while I closed and drive me home. I did not want to run the chance that I would be in a one-on-one situation with him because I truly did not know what he would do.

When I graduated and moved to South Bend to attend law school at Notre Dame Law School, I tried to put this behind me and just determined that as much as I loved Benedictine, I couldn't come back to visit for fear of running into him in town. This was difficult as I truly enjoyed my time there and Llyod Newton was not representative of the campus culture or staff. Even though I tried to put it behind me every time I saw someone who reminded me of him, I would tense up.

While I was clerking for the Honorable Judge Robert Conrad of the Eastern District of North Carolina I received a LinkedIn request from him. I, of course, denied the request, but his brash action shocked me. I brought my concerns to the full-time clerk in chambers as well as the Judge and both advised that I reach out to Benedictine. I was told that because he was no longer an employee there, there wasn't anything they could do. I again just tried to put it behind me and hoped to never hear from or see him again.

A few weeks ago, I learned that he was attending law school in Texas and had interned at a District Attorney's Office. The fear that I experienced almost a decade came rushing back. It felt like a punch to the gut to learn that he was now potentially going to be an attorney and possibly even an Assistant District Attorney, a title I take great pride in and have for many years. My first instinct was to try again to put it behind me and ignore it, but then I thought about the position he would be in as an attorney. As a private attorney he would be in a position of power over his clients at their most vulnerable moments or as an Assistant District Attorney he would be in a position of power over victims and defendants. He would again be in a position of power over those who would inherently trust him, a position he had already proven that he will abuse.

I remember having moments of frustration with the women who reported him before the Notre Dame conference and their lack of willingness in pursuing matters. I felt like if only they had spoken up louder or have been more willing to pursue their complaints, I wouldn't have experienced what I did. Given my experience of being stalked by Lloyd Newton and my experience as a domestic violence prosecutor, I now understand why men and women don't come forward – its extremely unpleasant.

This is why I now feel completed to notify you of the person Lloyd Newton really is and what he does when he is in a position of trust and power.  I am aware that the legal profession is a unique profession as we are self-regulating. As attorneys we have a responsibility to the public and the community. Given that responsibility, I believe it to be important that you know about Lloyd Newton's background, and I urge to look into it carefully when making your decision for licensing.

I am aware that you have a very difficult job, but I would be remis if I did not bring this information to your attention for the sake of future woman.

███████

████████████████████