IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LLOYD A. NEWTON, )
)
Plaintiff, )
)
v. ) Case No. 2:23-cv-2153-JWB-ADM
)
CITY OF ATCHISON, et al. )
)
Defendants. )

### AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF Kansas )
) ss.
COUNTY OF Brown )

I, _____, being first duly sworn, on oath, depose and say that:

(1) I am a duly authorized custodian of the subpoenaed business records of UNION BANK OF ATCHISON, and have the authority to certify those records.

(2) The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

(3) The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

_____
Signature of Custodian

Subscribed and sworn to before me this 21st day of March, 2024.

SEAL
BRANDY JEAN WILBURN
Notary Public, State of Kansas
My Appointment Expires
March 28, 2028

_____
Notary Public

My appt exp March 28, 2028

{00338777}

## CERTIFICATE OF MAILING

I hereby certify that on March 21, 2024, I mailed a copy of the above affidavit to Michael K. Seck at Fisher, Patterson, Sayler & Smith, L.L.P., 51 Corporate Woods, Suite 300, 9393 West 110th Street, Overland Park, Kansas 66210, by depositing it with the United States Postal Service for delivery with postage prepaid.

_____
Signature of Custodian

Subscribed and sworn to before me this 21st day of March, 2024.

_____
Notary Public

SEAL

BRANDY JEAN WILBURN
Notary Public, State of Kansas
My Appointment Expires
March 28, 2028

My Appointment Expires

March 28, 2028

{00338777}



Everest · Bank of Atchison · Horton · Bank of Gower
Bank of McLouth · Bank of Oskaloosa · Bank of Plattsburg · Bank of Shoal Creek

 

03/18/2024

Fisher, Patterson, Sayler, & Smith, L.L.P.
Attn: Michael K. Seck
51 Corporate Woods, Suite 300,
9393 West 110th Street
Overland Park, Kansas 66210


RE: Case No. CIV-2021-38


To Whom it May Concern:

The Union State Bank of Atchison has no documents to provide pertaining to open or closed bank loans or mortgages, reflecting 200 E. Riley, Atchison Kansas 66002 for the period between January 1, 2020 to December 31, 2022. We have never held any interest in &/or loans on the property.

Sincerely,

Amy Potts, COO/Cashier
Union State Bank of Everest
785-548-7521
apotts@mybankusb.com